THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v FATIN JOHNSON, Appellant.

Submitted February 8, 2010; decided February 11, 2010

Motion for assignment of counsel granted and Robert S. Dean, Esq., Center for Appellate Litigation, 74 Trinity Place, 11th Floor, New York, NY 10006 assigned as counsel to the appellant on the appeal herein.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ROBERT MOTHERSELL, Appellant.

Submitted February 8, 2010; decided February 11, 2010

Motion by Frank H. Hiscock Legal Aid Society to be relieved as appellant's counsel on the appeal herein granted.